# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 4, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145531

RONNIE WILLIAMS,

      Plaintiff-Appellant,

v

PAROLE BOARD,

      Defendant-Appellee.

SC: 145531
CoA: 310409

_____

      On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of August 2, 2012, the Clerk of the Court is hereby directed to close this file.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 4, 2012

Clerk

jam